

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JONATHAN HARTWELL WOLBERG, )<br>    *Defendant.* )<br>_____ ) | Criminal No. 1:13CR341 |

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is sentenced to pay restitution in the amount of **$400,000**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victim's name, address, and the victim's loss amount for purposes of this Restitution Order is"

    Virtacore                                                                                                                                  $400,000
    21355 Ridgetop Circle, #250
    Sterling, VA 20166
    Attn: Robert Kalchthaler

4. Interest accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due and payable in full immediately, and the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $1,500 per month or 25 percent of net income, whichever is greater, beginning 60 days

after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

_____
Honorable Liam O'Grady
United States District Judge

ENTERED this 13th day of May, 2014, at Alexandria, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

_____
Alexander T.H. Nguyen
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
Facsimile -703-299-3981
E-Mail – alexander.nguyen@usdoj.gov

SEEN AND AGREED:

Jonathan Hartwell Wolberg
Defendant

_____
Jeffrey D. Zimmerman,
Counsel for Defendant
108 North Alfred Street
Alexandria, Virginia 22314
Telephone - 703-548-8911
Facsimile -703-548-8935
E-Mail – zimpacer@gmail.com

_____
Todd Burns, Counsel for Defendant
444 West C Street, Suite 410
San Diego, California 92101
Telephone - 619-236-0244
Facsimile - 619-768-0333
E-Mail – todd@burnsandcohan.com